**Electronically Filed
Supreme Court
SCWC-12-0000541
31-AUG-2015
10:09 AM**

SCWC-12-0000541

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DONNALYN M. MOSIER,
Respondent/Plaintiff-Appellee,

vs.

KEITH PARKINSON AND SHERRI PARKINSON,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000541; CIVIL NO. 1RC12-1-1471)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, McKenna, and Wilson, JJ.)

Petitioners/Defendants-Appellants' Application for

Writ of Certiorari, filed on July 21, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 31,2015.

Keith Parkinson and              /s/ Mark E. Recktenwald
Sherri Parkinson
petitioners pro se               /s/ Paula A. Nakayama

                                 /s/ Sabrina S. McKenna

                                 /s/ Richard W. Pollack

                                 /s/ Michael D. Wilson

